IN THE SUPREME COURT OF NORTH CAROLINA

No. 331A16

Filed 11 May 2018

STATE OF NORTH CAROLINA

v.

AMANDA GAYLE REED

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 789 S.E.2d 703 (2016), vacating defendant's convictions after appeal from a judgment entered on 6 October 2014 by Judge Charles H. Henry in Superior Court, Onslow County. Heard in the Supreme Court on 17 April 2018.

*Joshua H. Stein, Attorney General, by Derrick C. Mertz, Special Deputy Attorney General, for the State-appellant.*

*Mark R. Sigmon for defendant-appellee.*

PER CURIAM.

We reverse the decision of the Court of Appeals for the reasons stated in the dissenting opinion.

REVERSED.